■ FRANK DI GIOVANNI, Plaintiff, v. CRANES, INC., et al., Defendants. CRANES, INC., Third-Party Plaintiff-Appellant, v. FALCO CONSTRUCTION CO., INC., Third-Party Defendant-Respondent, and JOHN DENGLE, Third-Party Defendant.— In an action by an employee of Falco Construction Co., Inc., against Cranes, Inc., and John Dengle, respectively the owner and operator of a crane, to recover damages for personal injuries alleged to have been received when he was struck by the crane or by its appurtenances, Cranes, Inc., commenced a third-party action for judgment over alleging active negligence. Cranes, Inc., appeals from an order dismissing the third-party complaint on the motion of Falco Construction Co., Inc. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ HYMAN FRIEZNER, Respondent, v. CIRCLE LINE SIGHTSEEING YACHTS, INC., Appellant.— In an action to recover damages for personal injuries, the appeal is from an order vacating appellant's notice to examine respondent before trial on the ground that the appellant had served the notice about 11 months subsequent to the service and filing of a statement of readiness (see Rules App. Div. [2d Dept.], special rule eff. Jan. 15, 1957, as amd.) without moving within 20 days thereafter to strike the case from the calendar because of the necessity for such pretrial remedy. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of ANGELO BOLOGNO, Respondent, against BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York, Appellant.— Appeal from an order, in a proceeding pursuant to article 78 of the Civil Practice Act, directing appellant to issue to respondent a license to act as a junk dealer. The application for the license was denied on the ground that the proposed location of the business was unsuitable, despite the fact that a certificate of occupancy had been issued permitting storage on the premises of, *inter alia,* scrap iron, metal parts, rags and paper. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.